**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN DAVIS, JR,** | ) | CASE NO. **20-69969-LRC** |
| | ) | |
| Debtor | ) | |

**MOTION TO SELL REAL ESTATE AND DISBURSEMENT OF FUNDS**

COMES NOW, Allen Davis, Jr ("Debtor"), and moves the Court for an order allowing Debtor to sell real property that is a part of the estate:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.  This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N). This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N).

2.

Debtor filed a Voluntary Petition for relief under Chapter 13 on September 18, 2020. The Debtors' Chapter 13 Plan was confirmed on December 2, 2020.

3.

On the Chapter 13 Schedule A, Debtor lists an interest in real property located at 2950 Stone Bridge Trail, Conyers, GA 30094 (the "Property"), with a secured obligation to Roundpoint Mortgage Servicing Corporation ("Lender") in the approximate amount of $159,990.77.

4.

Debtor has procured a new disinterested, third party for the Property by the name of Adam Martinez ("Buyer").

5.

Buyer and Debtor have entered into a preliminary purchase agreement according to which Buyer agrees to the purchase price of $330,400.00 for the Property. *(See attached Exhibit A)*

6.

Debtor requests that the debt owed to Roundpoint Mortgage Servicing Corporation will be paid in full upon closing on the sale.  Further, Debtor requests that the sale proceeds be remitted to the Lender to pay the debt in full subject to a proper payoff quote.2066

WHEREFORE, Debtors pray for:

1)  An order approving the purchase contract attached herein and associated with the Property;

2)  An order approving the net sale proceeds be sent to the Chapter 13 Trustee; and,

3)  Such other and further relief as the Court may deem equitable and just.

Date: June 8, 2022

    /s/

Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**
ganb.courtview@slfcourtview.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| **ALLEN DAVIS, JR,** | ) |
| | ) CASE NO. **20-69969-LRC** |
| Debtor | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor(s) has/have filed a Motion to Sell Real Estate and related papers with the Court seeking an Order approving the motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: (**toll-free number 833-568-8864; access code 161 346 1602, at 09:15 A.M. on June 27, 2022, in n Courtroom 1204, U. S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 8, 2022

/s/
Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN DAVIS, JR,** | ) | CASE NO. **20-69969-LRC** |
| | ) | |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Sell Real Estate and Disbursement of Funds upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Allen Davis, Jr
2950 Stone Bridge Trail
Conyers, GA 30094

*[See attached Creditor Mailing Matrix for additional service]*

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF.

Date: June 8, 2022

/s/
Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**
ganb.courtview@slfcourtview.com

Label Matrix for local noticing
113E-1
Case 20-69969-lrc
Northern District of Georgia
Atlanta
Sat May 28 10:56:55 EDT 2022

Ally Financial
c/o: C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

Arronrnts
309 E Paces Ferry
Atlanta, GA 30305-2377

(p)AUTOMOBILE ACCEPTANCE CORPORATION
PO BOX 961926
RIVERDALE GA 30296-6914

Heather D. Bock
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Capital One
P O Box 30253
Salt Lake City, UT 84130-0253

Castle Credit Co Holdi
1057 REGENCY PARKWAY
SAINT CHARLES, MO 63303-3511

Chrysler Capital
PO BOX 961275
FORT WORTH, TX 76161-0275

Craig A Cooper
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303-1404

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Credit One Bank Na
PO BOX 98875
LAS VEGAS, NV 89193-8875

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Allen Davis Jr
2950 Stone Bridge Trail
Conyers, GA 30094-5674

Department Of Justice, Tax Division
75 Ted Turner Drive Sw
Civil Trial Section, Southern
Atlanta, GA 30303-3315

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service - Atl
401 West Peachtree St NW Room 1665
ATTN: Ella Johnson, M/S 334-D
Atlanta, GA 30308

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

KAISER PERMANENTE
C/O NATIONWIDE RECOVERY
PO BOX 8005
CLEVELAND, TN 37320-8005

Kaiser Permanente C/O Nationwide Recovery Se
P.o Box 8005
Cleveland, TN 37320-8005

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Legacy Finance Co
3818 Salem Rd
Covington, GA 30016-4528

Lvnv Funding Llc Assigns Resurgent
C/O Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Nissan Motor
Pob 660366
Dallas, TX 75266-0366

Nissan Motor Acceptance Corporation
P.O. Box 80727
Atlanta, GA 30366-0727

Nissan Motor Acceptance Corporation
P.O. Box 660366
Dallas, TX 75266-0366

Nissan Motor Acceptance Corporation
PO Box 9013
Addison, Texas 75001-9013

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Office Of United States Trustee-Atl
75 Ted Turner Dr SW #362
Atlanta, GA 30303-3330

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Onemain
605 Munn Rd E
Fort Mill, SC 29715-8421

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Elizabeth H Parrott
McCalla Raymer Leibert Pierce
1544 Old Alabama Rd
Roswell, GA 30076-2102

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Premier Bankcard, Llc C O Jefferson Capital
P.O. Box 7999
Saint Cloud, MN 56302-7999

(p)ROUNDPOINT MORTGAGE SERVICING CORPORATION
446 WRENPLACE ROAD
FORT MILL SC 29715-0200

Roundpoint Mortgage Servicing Corporation
5032 Parkway Plaza Blvd
Charlotte, NC 28217-1918

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

John D. Schlotter
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Samuel O. Shoaga
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303-1404

Chad Ralston Simon
Bonial and Associates, P.C.
P. O. Box 80727
Atlanta, GA 30366-0727

Willie Bruce Smith
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303-1404

Snap Finance Llc
4185 Harrison Blvd., Ste 200
Ogden, UT 84403-6400

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

(p)SUNSET MANAGEMENT CO LLC
ATTN KRISTIN WILSON
510 MOUNTIAN VIEW DR
SUITE 500
SENECA SC 29672-2145

Syncb/Carecr
C/O PO BOX 965036
ORLANDO, FL 32896-0001

Syncb/Walmar
2001 Western Ave
Ste 400
Seattle, WA 98121-3132

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Maria A. Tsagaris
McCalla Raymer Liebert Pierce
1544 Old Alabama Road
Roswell, GA 30076-2102

United Acceptance Inc
2400 Lake Park Dr Se Ste
Smyrna, GA 30080-8993

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Us Attorney's Office-Atl
75 Spring St SW # 1800
Atlanta, GA 30303-3331

WORLD FINANCE CORPORAT
108 FREDERICK ST
GREENVILLE, SC 29607-2532

Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

World Accept
237 John W. Morrow Ste 1020
Gainesville, GA 30501-3549

```
World Finance c/o World Acceptance Corp.        Wstshmck
Attn: Bankruptcy Processing Center              801 S Abe
PO Box 6429                                     San Angelo, TX 76903-6735
Greenville, SC 29606-6429
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automobile Acceptance            Georgia Department Of Revenue      Office Of The Attorney General - Atlanta
749 Main St                      1800 Century Boulevard             40 Capitol Sq Sw
Riverdale, GA 30274              c/o T Truong                       Attn: Karrollanne K. Cayce
                                 Atlanta, GA 30345                  Atlanta, GA 30334


ROUNDPOINT MORTGAGE SERVICING CORPORATION    Springleaf Financial S    Sunset Fin
446 WRENPLACE ROAD                           1109 S PARK ST STE 404    510 Mountain View Dr Suite 500
FORT MILL SC 29715                           CARROLLTON, GA 30117      Seneca, SC 29672
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FREEDOM MORTGAGE CORPORATION    (du)Freedom Mortgage Corporation    (u)ROUNDPOINT MORTGAGE SERVICING CORPORATION
```

```
End of Label Matrix
Mailable recipients    61
Bypassed recipients     3
Total                  64
```