**IT IS ORDERED as set forth below:**

Date: July 1, 2022



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **ALLEN DAVIS, JR,** ) | |
| ) | CASE NO. **20-69969-LRC** |
| Debtor. ) | |

**ORDER ON MOTION TO SELL REAL ESTATE AND DISBURSEMENT OF FUNDS**

On June 8, 2022, Debtor filed a *Motion to Sell Real Estate and Disbursement of Funds* (Doc. No. 52) (the "Motion"), seeking an order to sell the Debtor's property located at 2950 Stone Bridge Trail, Conyers, GA 30094 (the "Property"). The Motion was scheduled to be heard on June 27, 2022. Debtor contends service was proper on all interested parties. At the hearing, counsel for the Debtor and for the Chapter 13 Trustee appeared. It is hereby

**ORDERED** that Debtor's Motion is **GRANTED**. Debtor may proceed with the sale of the Property subject to the specific terms outlined in the Motion. IT IS

**FURTHER ORDERED** that the closing attorney shall remit the net proceeds of the sale

directly to the Chapter 13 Trustee for disbursement to creditors, first to priority unsecured claims, then to general unsecured claims with a one-hundred percent (100%) dividend, then to secured claims, pro rata, and pursuant to the terms of the Plan.

### [END OF DOCUMENT]

Prepared by:
/s/ _____
Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
Attorney for the Debtor


No opposition by:
_____/s/_____ (with express permission)
Mandy K. Campbell,
Attorney for Melissa J. Davey
Georgia Bar No.: 142676
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303
678-510-1444
Chapter 13 Trustee

**DISTRIBUTION LIST**

Andrew H. McCullen
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, GA 30303

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Allen Davis, Jr
2950 Stone Bridge Trail
Conyers, GA 30094