# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN DAVIS, JR,** | ) | CASE NO. **20-69969-LRC** |
| | ) | |
| Debtor | ) | |

## MOTION TO SELL REAL ESTATE

COMES NOW, Allen Davis, Jr ("Debtor"), and moves the Court for an order allowing Debtor to sell real property that is a part of the estate:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157. This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N). This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N).

2.

Debtor filed a Voluntary Petition for relief under Chapter 13 on September 18, 2020. The Debtor's Chapter 13 Plan was confirmed on December 2, 2020.

3.

Debtor lists an interest in real property located at 2950 Stone Bridge Trail, Conyers, GA 30094, (the "Property") on Schedule A, with a secured obligation to U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage−TT−V ("Lender").

4.

On June 8, 2022, Debtor's counsel, on behalf of Debtor, filed a *Motion to Sell Real Estate and Disbursement of Funds* (docket entry 52) regarding the property located at 2950 Stone Bridge Trail, Conyers, GA 30094 with buyer by the name of Adam Martinez ("Previous Buyer"). The agreed purchase price was $330,400.00. On July 5, 2022, an *Order Granting Motion to Sell Real Estate and Disbursement of Funds* was entered (docket entry 53). However, the Previous Buyer decided to cancel the sale contract within the inspection/due diligence/option period because of the condition of the property and the potential renovation timeframe and costs. *(See attached Exhibit A).*

5.

Debtor has procured a new disinterested, third party for the Property by the name of Milia Murdock ("New Buyer").

6.

The New Buyer and Debtor entered into a preliminary purchase agreement according to which New Buyer agrees to the purchase price of $290,000.00 for the Property. *(See attached Exhibit B)*

6.

In total, from the purchase price of $290,000.00 the amount realized by Debtor shall be reduced by $190,541.96 consisting of satisfaction of the first mortgage lien held by Rushmore Loan Management Services, LLC in the approximate amount of $171,758.44, $1,331.42 for county taxes for the period of January 1, 2022 to September 16, 2022, $8,700.00 to Vylla Home as a listing agent commission, $8,700.00 to Keller Williams Realty Cityside as a selling agent commission and $52.10 to Rockdale County Stormwater Utility for an outstanding water bill.

7.

Debtor proposes that the debt owed to Lender be paid in full upon closing on the sale subject to a proper payoff quote. Debtor requests that the remaining sale proceeds in the amount $99,458.04 be contributed to the Chapter 13 bankruptcy case.

WHEREFORE, Debtor prays for:

1) An order approving the purchase contract attached herein and associated with the Property;
2) An order approving the net sale proceeds be sent to the Chapter 13 Trustee; and,
3) Such other and further relief as the Court may deem equitable and just.

Date: August 19, 2022

/s/
Andrew H. McCullen,
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**
ganb.courtview@slfcourtview.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **ALLEN DAVIS, JR,** ) | |
| ) | CASE NO. **20-69969-LRC** |
| Debtor ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor(s) has/have filed a Motion to Sell Real Estate and related papers with the Court seeking an Order approving the motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: (**toll-free number 833-568-8864; access code 161 346 1602, at 09:15 A.M. on September 12, 2022, in Courtroom 1204, U. S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 19, 2022

/s/
Andrew H. McCullen,
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN DAVIS, JR,** | ) | CASE NO. **20-69969-LRC** |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Sell Real Estate and Disbursement of Funds upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Allen Davis, Jr
2950 Stone Bridge Trail
Conyers, GA 30094

*[See attached Creditor Mailing Matrix for additional service]*

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF.

Date: August 19, 2022

/s/
Andrew H. McCullen,
GA Bar No.: 872658
The Semrad Law Firm, LLC
235 Peachtree St. NE
Suite 300
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor/Movant**
ganb.courtview@slfcourtview.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-69969-lrc<br>Northern District of Georgia<br>Atlanta<br>Thu Aug 18 08:43:26 EDT 2022 | Ally Financial<br>c/o: C T Corporation System<br>208 So Lasalle St, Suite 814<br>Chicago, IL 60604-1101 | Arronrnts<br>309 E Paces Ferry<br>Atlanta, GA 30305-2377 |
| (p)AUTOMOBILE ACCEPTANCE CORPORATION<br>PO BOX 961926<br>RIVERDALE GA 30296-6914 | (p)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Capital One<br>P O Box 30253<br>Salt Lake City, UT 84130-0253 |
| Castle Credit Co Holdi<br>1057 REGENCY PARKWAY<br>SAINT CHARLES, MO 63303-3511 | Chrysler Capital<br>PO BOX 961275<br>FORT WORTH, TX 76161-0275 | Craig A Cooper<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | Credit One Bank Na<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 2250<br>233 Peachtree Street NE<br>Atlanta, GA 30303-1509 | Allen Davis Jr<br>2950 Stone Bridge Trail<br>Conyers, GA 30094-5674 | (p)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVL TRIAL SECTION SOUTHERN REGION<br>P O BOX 14198<br>WASHINGTON DC 20044-4198 |
| Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Laura A. Grifka<br>McMichael Taylor Gray, LLC<br>3550 Engineering Drive<br>Suite 260<br>Peachtree Corners, GA 30092-2871 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 |
| KAISER PERMANENTE<br>C/O NATIONWIDE RECOVERY<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | Kaiser Permanente C/O Nationwide Recovery Se<br>P.o Box 8005<br>Cleveland, TN 37320-8005 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Legacy Finance Co<br>3818 Salem Rd<br>Covington, GA 30016-4528 | Lvnv Funding Llc Assigns Resurgent<br>C/O Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | Andrew H McCullen<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree St. NE<br>Atlanta, GA 30303-1404 |
| Nissan Motor<br>Pob 660366<br>Dallas, TX 75266-0366 | Nissan Motor Acceptance Corporation<br>P.O. Box 80727<br>Atlanta, GA 30366-0727 | Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 |

```
Nissan Motor Acceptance Corporation     (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA    Office Of United States Trustee-Atl
PO Box 9013                              BUSINESS AND FINANCE BANKRUPTCY                 75 Ted Turner Dr SW #362
Addison, Texas 75001-9013                40 CAPITOL SQUARE SW                            Atlanta, GA 30303-3330
                                         ATLANTA GA 30334-9057


OneMain Financial                        OneMain Financial Group, LLC                    Onemain
PO Box 3251                              PO Box 3251                                     605 Munn Rd E
Evansville, IN 47731-3251                Evansville, IN 47731-3251                       Fort Mill, SC 29715-8421


PRA Receivables Management, LLC          Premier Bankcard, Llc                           Premier Bankcard, Llc C O Jefferson Capital
PO Box 41021                             Jefferson Capital Systems LLC Assignee          P.O. Box 7999
Norfolk, VA 23541-1021                   Po Box 7999                                     Saint Cloud, MN 56302-7999
                                         Saint Cloud Mn 56302-7999


(p)ROUNDPOINT MORTGAGE SERVICING CORPORATION   Roundpoint Mortgage Servicing Corporation  Santander Consumer USA, Inc.
446 WRENPLACE ROAD                       5032 Parkway Plaza Blvd                         d/b/a Chrysler Capital
FORT MILL SC 29715-0200                  Charlotte, NC 28217-1918                        P.O. Box 961275
                                                                                         Fort Worth, TX 76161-0275


Samuel O. Shoaga                         Chad Ralston Simon                              Willie Bruce Smith
The Semrad Law Firm, LLC                 Bonial and Associates, P.C.                     The Semrad Law Firm, LLC
Suite 300                                P. O. Box 80727                                 Suite 300
235 Peachtree Street NE                  Atlanta, GA 30366-0727                          235 Peachtree Street NE
Atlanta, GA 30303-1404                                                                   Atlanta, GA 30303-1404


Snap Finance Llc                         Special Assistant U.S. Attorney                 (p)SPRINGLEAF FINANCIAL SERVICES
4185 Harrison Blvd., Ste 200             401 W. Peachtree Street, NW, STOP 1000-D        P O BOX 3251
Ogden, UT 84403-6400                     Atlanta, GA 30308                               EVANSVILLE IN 47731-3251


(p)SUNSET MANAGEMENT CO LLC              Syncb/Carecr                                    Syncb/Walmar
ATTN KRISTIN WILSON                      C/O PO BOX 965036                               2001 Western Ave
510 MOUNTIAN VIEW DR                     ORLANDO, FL 32896-0001                          Ste 400
SUITE 500                                                                                Seattle, WA 98121-3132
SENECA SC 29672-2145


Synchrony Bank                           U.S. Bank National Association                  United Acceptance Inc
c/o PRA Receivables Management, LLC      C/O Rushmore Loan Management Services           2400 Lake Park Dr Se Ste
PO Box 41021                             P.O. Box 52708                                  Smyrna, GA 30080-8993
Norfolk, VA 23541-1021                   Irvine CA 92619-2708


United States Attorney                   Us Attorney's Office-Atl                        WORLD FINANCE CORPORAT
Northern District of Georgia             75 Spring St SW # 1800                          108 FREDERICK ST
75 Ted Turner Drive SW, Suite 600        Atlanta, GA 30303-3331                          GREENVILLE, SC 29607-2532
Atlanta GA 30303-3309


Webbank/Fingerhut                        World Accept                                    World Finance c/o World Acceptance Corp.
6250 Ridgewood Rd                        237 John W. Morrow Ste 1020                     Attn: Bankruptcy Processing Center
Saint Cloud, MN 56303-0820               Gainesville, GA 30501-3549                      PO Box 6429
                                                                                         Greenville, SC 29606-6429
```

Wstshmrk
801 S Abe
San Angelo, TX 76903-6735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automobile Acceptance<br>749 Main St<br>Riverdale, GA 30274 | Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Department Of Justice, Tax Division<br>75 Ted Turner Drive Sw<br>Civil Trial Section, Southern<br>Atlanta, GA 30303 |
| Georgia Department Of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 | (d)A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Office Of The Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334 |
| (d)Elizabeth H Parrott<br>McCalla Raymer Leibert Pierce<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | ROUNDPOINT MORTGAGE SERVICING CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715 | (d)John D. Schlotter<br>McCalla Raymer Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Springleaf Financial S<br>1109 S PARK ST STE 404<br>CARROLLTON, GA 30117 | Sunset Fin<br>510 Mountain View Dr Suite 500<br>Seneca, SC 29672 | (d)Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FREEDOM MORTGAGE CORPORATION | (du)Freedom Mortgage Corporation | (u)ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| (u)U.S. Bank National Association | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     4<br>Total                  64 | |